**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-4511**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CAROL ANN LEE,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:05-cr-00356-RDB-4)

_____

Submitted: May 31, 2007                    Decided: June 4, 2007

_____

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

John P. Pierce, THE PIERCE LAW GROUP LLC, Bethesda, Maryland, for
Appellant. Rod J. Rosenstein, United States Attorney, Christopher
J. Romano, Assistant United States Attorney, Baltimore, Maryland,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carol Ann Lee pled guilty to conspiracy to distribute and possess with intent to distribute five grams or more of methamphetamine, 21 U.S.C. § 846 (2000), and was sentenced to the mandatory minimum term of five years imprisonment. Under the terms of her plea agreement, Lee waived the right to appeal "whatever sentence is imposed," and specifically waived the "right to appeal from any sentence within or below the advisory guidelines range resulting from an adjusted base offense level of 25 . . . ." At sentencing, the district court determined that Lee's adjusted offense level was twenty-five and departed downward to criminal history category I, which yielded an advisory guideline range of 57-71 months. Our review of the record discloses that Lee was advised about the waiver at the guilty plea hearing, and that the appeal waiver was knowing and voluntary. See United States v. Brown, 232 F.3d 399, 402 (4th Cir. 2000).

We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED